UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW SPARKS,

    Plaintiff,

v.                                      Case No. 8:21-cv-914-TPB-AAS

LITHIUM BATTERY POWER,
LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Amanda Arnold Sansone, United States Magistrate Judge, entered on June 9, 2021. (Doc. 15). Judge Sansone recommends that the "Second Amended Joint Motion for Order Approving Settlement" (Doc. 14) be granted, the settlement agreement be approved, the parties be ordered to comply with its terms, and the case be dismissed with prejudice.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. §

636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Sansone's detailed and well-reasoned findings and conclusions, including that the settlement agreement constitutes a fair and reasonable compromise of the dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Consequently, the motion to approve the settlement agreement is granted, and the settlement agreement is approved.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Sansone's report and recommendation (Doc. 15) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The "Second Amended Joint Motion for Order Approving Settlement" (Doc. 14) is **GRANTED**.

3. The settlement agreement (Doc. 14-1) is **ACCEPTED, ADOPTED** and **APPROVED** by the Court and the parties are **ORDERED** to comply with its terms.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to terminate any pending motions or deadlines and

thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of June, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**